UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BLACK,<br><br>      Petitioner<br><br>      v.<br><br>VASQUEZ (WARDEN OF WASCO),<br><br>      Respondent. | Case No. CV 16-4940-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition And Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: October 31, 2016

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE